# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR137 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MICHAEL TOBIN, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motions regarding a potential reduction in sentence under 18 U.S.C. § 3582(c)(2) and for leave to proceed in forma pauperis (Filing Nos. 129, 130). Defense counsel has not yet been appointed with respect to this matter. The probation office has prepared a worksheet recommending no further reduction.

IT IS ORDERED

1. Under General Order No.2011-12, the Federal Public Defender (or his nominee) is herewith appointed to represent the defendant. The Clerk's office is directed to provide the Federal Public Defender and the Defendant with a copy of this order. *Appointed counsel shall promptly enter an appearance.*

2. The probation office has already provided a "Retroactive Sentencing Worksheet" to the undersigned. If counsel do not have a copy, counsel should contact the probation office to obtain one.

3. No later than April 23, 2012, counsel shall file a joint stipulation or simultaneous briefs with respect to their positions.

DATED this 22nd day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge